389 Pa. 586 (1957)
Johnson, Appellant,
v.
J.H. Terry & Co. et al.
Supreme Court of Pennsylvania.
Argued June 4, 1957.
June 28, 1957.
Before JONES, C.J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.
*587 Alexander F. Barbieri, for appellant.
Edmund B. Spaeth, Jr., with him Frederick L. Fuges and MacCoy, Evans & Lewis, for appellees.
OPINION PER CURIAM, June 28, 1957:
This case is affirmed on the opinion of the Superior Court reported in 182 Pa. Superior Ct. 258, 126 A. 2d 793.